(97 South. 788)

**Ex parte H. G. MAULDEN.    (4 Div. 90.)**

(Supreme Court of Alabama.    Oct. 18, 1923.)

Certiorari to Court of Appeals.

E. O. Baldwin, of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of H. G. Maulden for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Maulden v. State, 19 Ala. App. 296, 97 South. 787.

Writ denied.